# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LORRAINE M. JENSEN  
8101 BEACH DRIVE  
ROCKFORD, IL  61103  

SSN-xxx-xx-1798

Case Number: 07-72797

Case filed on: 11/15/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $13,600.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ATTORNEY MICHAEL D. FINE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LORRAINE M. JENSEN | 0.00 | 0.00 | 9,808.02 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 9,808.02 | 0.00 |
| 001 | GMAC MORTGAGE | 52,626.93 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 52,626.93 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 280.48 | 280.48 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 8,497.61 | 8,497.61 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 3,446.51 | 3,446.51 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 3,346.31 | 3,346.31 | 0.00 | 0.00 |
| 009 | DISCOVER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GATEWAY COMMUNITY BANK | 271,365.39 | 0.00 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 11,207.63 | 11,207.63 | 0.00 | 0.00 |
| 012 | ALAN DAHLMEIER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 298,143.93 | 26,778.54 | 0.00 | 0.00 |
|  | Grand Total: | 354,270.86 | 30,278.54 | 13,308.02 | 0.00 |

Total Paid Claimant:      $13,308.02  
Trustee Allowance:          $291.98  
Percent Paid Unsecured:        0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/30/2008</u>          By  <u>/s/Heather M. Fagan</u>